AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
15 JAN 23 PM 1 24
U.S. DISTRICT COURT

United States of America )
v. )
Manokus Fields )   Case No:  3:10cr227(EBB)
             )   USM No:  20205-014
             )
Date of Original Judgment:  June 26, 2013 )
Date of Previous Amended Judgment: _____ )   Deirdre Murray
*(Use Date of Last Amended Judgment if Any)*       *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  **97**  months **is reduced to**  **78 MONTHS** .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  June 26, 2013  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  1/21/15

                                                                /s/
                                                         *Judge's signature*

Effective Date:  November 1, 2015                ELLEN BREE BURNS, SR. U.S.D.J.
         *(if different from order date)*              *Printed name and title*